# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DESTINY LACHELLE NILSEN,** Defendant. | **CR 20-98-BLG-SPW-1** **ORDER** |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 26), and for good cause shown,

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss the Indictment without prejudice against Destiny Lachelle Nilsen is **GRANTED**.

**IT IS FURTHER ORDERED** that the Trial presently set for February 8, 2021 is **VACATED** and all pending Motions are **DENIED** as moot.

**IT IS FURTHER ORDERED** that Destiny Lachelle Nilsen shall be released from the custody of the U.S. Marshals Service.

1

DATED this 19th day of January, 2021.

                                                          SUSAN P. WATTERS
                                                          United States District Judge