IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESTINY LACHELLE NILSEN,<br><br>Defendant. | CR 20-98-BLG-SPW-1<br><br>AMENDED ORDER |

Upon the United States' Unopposed Motion to Dismiss Indictment Without Prejudice (Doc. 26), and for good cause shown,

**IT IS HEREBY ORDERED** that pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss the Indictment without prejudice against Destiny Lachelle Nilsen is **GRANTED**.

**IT IS FURTHER ORDERED** that the Trial presently set for February 8, 2021 is **VACATED** and all pending Motions are **DENIED** as moot.

1

**IT IS FURTHER ORDERED** that pursuant to the pending matter in 19-CR-152-BLG-DLC-(2), Destiny Lachelle Nilsen shall remain in the custody of the U.S. Marshals Service.

DATED this 20th day of January, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge